```
                                    FILED
                              2008 JUL 15 PM 12: 26
                              CLERK US DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA

                           BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS FERNANDEZ-ALVAREZ,<br><br>　　　　　　Petitioner/Defendant,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent/Plaintiff. | CASE NO. 07cv0789 JM<br>CRIM NO. 05cr0554 JM<br><br>ORDER DENYING MOTION FOR<br>RECONSIDERATION |

　　　Petitioner moves for reconsideration of this court's March 11, 2008 Order Denying Motion for Certificate of Appealability.  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law. . . . There may also be other, highly unusual circumstances warranting reconsideration."  <u>School Dist. N. 1J Multnomah Cty. v. ACandS, Inc.</u>, 5 F.3d 1255, 1263 (9th Cir. 1993). Here, Petitioner fail to identify any newly discovered facts, manifest injustice, or intervening change of law. Consequently, the court denies the motion for reconsideration.

　　　**IT IS SO ORDERED.**
DATED: __7/14__, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　All parties