# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS FERNANDEZ-ALVAREZ,<br><br>                            Petitioner,<br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>                            Respondent. | CASE NO. 05cr0554 JM<br>CIVIL NO. 07cv0789 JM<br><br>ORDER VACATING ORDER DENYING MOTION FOR WAIVER OF TRANSCRIPT RATES/FEES AS MOOT (DOCKET No. 59); DENYING MOTION FOR WAIVER OF TRANSCRIPT FEES |

On or about October 22, the court entered an Order Denying Motion for Waiver of Transcript Rates/Fees ("Order"). The court hereby vacates that Order as it failed to identify the statutory provision at issue. An individual seeking to appeal the denial of a motion brought pursuant to 28 U.S.C. §2255 is entitled to the waiver of transcript costs only upon the certification of the trial or circuit court "that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal." 28 U.S.C. §753(f). Here, in light of the issues raised by Petitioner and addressed in the order denying the motion brought pursuant to 28 U.S.C. §2255, (Docket No. 48), the court declines to certify that the "appeal is not frivolous." 28 U.S.C. §753(f). The motion for waiver of transcript fees is denied.

**IT IS SO ORDERED.**

DATED: October 23, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties

- 1 -                                                                                          05cr0554/07cv0789